**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 14, 2026

**BY EMAIL**
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Unsealing of Indictment 26 Cr. 475**

Dear Judge Reznik:

The Government respectfully requests that Indictment 26 Cr. 475 be unsealed and that a United States District Judge be assigned to the case. I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is not recused from this matter. A proposed order to that effect is attached. This case is designated as a Wheel B case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Patricia Reville
Assistant United States Attorney
(914) 993-1945

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAURICE OWENS, a/k/a "Mo Nice," SHAKA EGGLESTON, a/k/a "Shak," TROY SMITH, a/k/a "Castro," ROBERT MORGANFIELD, a/k/a "MJ," HOUSTON BROWN, a/k/a "Euro," WALTER HERRING a/k/a "Noodles," JASON LOWE, a/k/a "Boogie," and JAMES TYRONE HAYES, a/k/a "Country,"

Defendants.

**UNSEALING ORDER**

26 Cr. 475 (____)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Patricia Reville;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is not recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: White Plains, New York
October 14, 2026

HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK