UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA :

v.

MAURICE OWENS, ET AL.,

Defendants.

---------------------------------------------------------------x

**SCHEDULING ORDER**

7:26-cr-475 (PMH)

An Initial Conference is scheduled for October 20, 2026 at 12:30 p.m. in Courtroom 520 at the White Plains Courthouse for Defendants Maurice Owens (01), Shaka Eggleston (02), Houston Brown (05) and Jason Lowe (07). An Initial Conference is scheduled for October 21, 2026 at 10:00 a.m. in Courtroom 520 at the White Plains Courthouse for Defendants Troy Smith (03), Robert Morganfield (04), Walter Herring (06) and James Hayes (08).

It is the responsibility of the Government to have the incarcerated Defendants produced to Courtroom 520 of the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
October 19, 2026

Philip M. Halpern
United States District Judge